MARC PERUCCIO *v.* COMMISSIONER OF CORRECTION

The petitioner Marc Peruccio's petition for certification for appeal from the Appellate Court, 107 Conn. App. 66 (AC 27923), is denied.

*Christopher M. Neary,* special public defender, in support of the petition.

*Michael E. O'Hare,* supervisory assistant state's attorney, in opposition.

Decided June 10, 2008